Cite as 2015 Ark. App. 561

# ARKANSAS COURT OF APPEALS

DIVISION IV
No. CR–15–139

|  |  |  |
|---|---|---|
| | | Opinion Delivered  OCTOBER 7, 2015 |
| RAMON PEREZ | | APPEAL FROM THE LONOKE COUNTY CIRCUIT COURT |
| | APPELLANT | [NO. CR-14-18] |
| V. | | HONORABLE SANDY HUCKABEE, JUDGE |
| STATE OF ARKANSAS | | REMANDED TO SUPPLEMENT THE RECORD; SUPPLEMENTAL |
| | APPELLEE | ADDENDUM ORDERED |

**KENNETH S. HIXSON, Judge**

Appellant Ramon Perez was convicted in a jury trial of three counts of rape, one count of second-degree sexual assault, and one count of aggravated assault on a family or household member. For those convictions, Mr. Perez was sentenced to twenty-five years in prison. For reversal, Mr. Perez argues that the trial court erred in admitting a videotaped forensic interview with the alleged victim, which he asserts was inadmissible hearsay and deprived him of the opportunity to effectively impeach the alleged victim with her prior inconsistent statements. We remand for the record to be supplemented, and we order appellant to file a supplemental addendum.

This court has stated that if anything material to either party is omitted from the record by error or accident, we may direct that the omission be corrected and that a supplemental

record be certified and transmitted. *Green v. State*, 2014 Ark. App. 580; Ark. R. App. P.–Civ. 6(e) (as made applicable to criminal cases by Ark. R. App. P.–Crim. 4(a)). Our review of the record reveals that the jury–verdict forms are not contained therein. Accordingly, we remand this case to the trial court to supplement the record with the jury-verdict forms. *See Williams v. State*, 2011 Ark. 389. Appellant has thirty days from the date of this opinion to file a supplemental record with this court.

In addition, pursuant to Arkansas Supreme Court Rule 4–2(a)(8)(A)(i), in a case where there was a jury trial, the jury-verdict forms must be included in the addendum. Because the jury-verdict forms are not contained in appellant's addendum, we order appellant to correct this deficiency by filing a supplemental addendum within seven days after the supplemental record has been filed. Ark. Sup. Ct. R. 4-2(b)(4).

Remanded to supplement the record; supplemental addendum ordered.

KINARD and GRUBER, JJ., agree.

*Lightle, Raney, Streit & Streit, LLP*, by: *Jonathan R. Streit*, for appellant.

*Leslie Rutledge*, Att'y Gen., by: *Ashley Driver Younger*, Ass't Att'y Gen., for appellee.